(No. 75-CC-176—)

FRANK DAMERON FOR MILDRED C. DAMERON, Deceased, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed December 6, 1974.*

FRANK DAMERON FOR MILDRED C. DAMERON, Deceased, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PERLIN, C. J.

(No. 75-CC-192—)

JEAN TRANSPORTATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed December 6, 1974.*

JEAN TRANSPORTATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C. J.